```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

HENRIETTA GOODWIN,
    Plaintiff,

    v.                                       CIVIL ACTION NO.
                                               09-10463-MBB

BRITISH AIRWAYS PLC,
    Defendant.

## FINAL JUDGMENT

**August 8, 2011**

**BOWLER, U.S.M.J.**

The issues having been duly heard and a decision rendered by this court, it is **ORDERED** and **ADJUDGED** that plaintiff Henrietta Goodwin take nothing, that this action be dismissed on the merits, and that defendant British Airways PLC recover of plaintiff its costs under Rule 54(d)(1), Fed. R. Civ. P.

                                             /s/ Marianne B. Bowler
                                             **MARIANNE B. BOWLER**
                                             United States Magistrate Judge